PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
4100 W Alameda Ave. Fl. 3 Ste. 301
Burbank, CA 91505
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: kristin@mccabedisabilitylaw.com

Attorneys for Plaintiff,
JOSE LUIS SUAREZ, III

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE LUIS SUAREZ, III<br><br>          Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner, Social Security<br><br>          Defendant. | Case No. 2:22-CV-09361-SK<br><br>ORDER ON JOINT STIPULATION TO DISMISSAL WITHOUT PREJUDICE<br><br>Judge:  Honorable Steve Kim |

        Based upon the parties' Stipulation, IT IS HEREBY ORDERED that this matter is DISMISSED without prejudice, with each side to bear their own costs and attorney's fees, including but not limited to any attorney's fees which may be due under the Equal Access to Justice Act.

Dated:    April 28, 2023          _____

                                STEVE KIM
                                United States Magistrate Judge